JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLEWELLYN ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>GIGI WHITTAKER,<br><br>    Defendant. | Case No. CV 15-612 PA (MRWx)<br><br>**ORDER REMANDING ACTION** |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

Dated: January 29, 2015

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE